AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Gray M. Cartledge,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV415-276,

Bankers Life & Casualty Company, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/9/15, judgment is hereby entered remanding the case to the Superior Court of Chatham County, Georgia. The Clerk is directed to close the case.

12/9/15
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03